**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-1699 |
| | ) | |
| Chirag M. Patel., | ) | Chapter: 7 |
| | ) | |
| Debtor(s). | ) | Judge: Janet S. Baer |
| | ) | (Geneva) |

**NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE SALE OF THE TRUSTEE'S RIGHTS, TITLE AND INTEREST IN OASIS BY 59, LLC, (II) APPROVING BID PROCEURES, (III) SETTING EXPEDITED DATES FOR SALE AND APPROVAL OF SALE HEARING AND (IV) SHORTENING NOTICE**

To:   See attached Service List.

PLEASE TAKE NOTICE THAT ON **June 12, 2020 at 11:00 a.m.** or as soon thereafter as Counsel may be heard, I shall present before the Honorable Judge **Janet S. Baer**, or any Judge sitting in her stead, we shall present Trustee's Motion for (I) Entry of an Order Approving the Sale of the Trustee's Rights, Title and Interest in Oasis by 59, LLC, (II) Approving Bid Procedures, (III) Setting Expedited Dates for Sale and Approving Sale Hearing and (IV) Shortening Notice *,* a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at [www.court-solutions.com](www.court-solutions.com) or by calling Court Solutions at (917) 746-7476**.**

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Joshua D. Greene
Springer Larsen Greene, LLC
300 S. County Farm Road, Suite G
Wheaton, IL 60187
630-510-0000

**CERTIFICATE OF SERVICE**

I, Joshua D. Greene, an attorney, on oath state that I caused to be served this Notice of Motion and Motion by electronic service, where applicable or by mailing a copy to all parties shown by depositing same in the U.S. Mail before 5:45 p.m. on June 5, 2020 with proper postage prepaid.
*/s/ Joshua D. Greene /s/*

## Service List

**Via ECF Service:**

Patrick S. Layng, Esq.
United States Trustee
219 South Dearborn Street
8th Floor
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

James A Young
85 Market Street
Elgin, IL 60123-5083
jyoung@jamesyounglaw.com

**By U.S. Mail Service**

Caliber Homes Mortgage
301 Remington
Fort Collins, CO 80524-2806

Highland Woods HOA
POBox 62044
Newark, NJ 07101-8061

Kajal Patel
3495 Galant Fox Dr
Elgin, IL 60124-5701

Old Second Bank
1 Corporate Dr
Ste 360
Lake Zurich, IL 60047-8945

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

Internal Revenue Service
Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101-7346

MPAK Group LLC
c/o Sherwood Law Group
218 N Jefferson St, Ste 401
Chicago, IL 60661-1291

Patel CR Partners LLC
3495 Gallant Fox Dr
Elgin, IL 60124-5701

York Real Estate LLC
c/o Sullivan Hincks & Conway  120 W
22nd Street, Ste 100
Oak Brook, IL 60523-4067

Old Second National Bank
c/o Codilis & Associates, P.C. 15W030
North Frontage Road, Suite 100 Burr
Ridge, IL 60527-6921

Anish Kadakia
c/o Sherwood Law Group
218 N Jefferson St, Ste 401
Chicago, IL 60661-1291

IRS
POBox 7346
Philadelphia, PA 19101-7346

Milap Patel
c/o Sherwood Law Group
218 N Jefferson St, Ste 401
Chicago, IL 60661-1291

United Petroleum Services
C/o Lacy & Associates
2 Midwest America Plaza, Ste 800
Oakbrook Terrace, IL 60181-4727

Chirag M. Patel
3495 Gallant   Fox Dr
Elgin, IL 60124-5701

IRS
Dept of Treasury
Kansas City, MO 64999

Capital One Bank (USA), N.A.
by American InfoSource as agent 4515
N Santa Fe Ave
Oklahoma City, OK 73118-7901

BMO Harris
PO Box 367
Arlington Heights, IL 60006-0367

The following individuals or entities were sent a copy of this Notice and Motion at their known addresses as listed in the Oasis by 59 LLC, Partnership Agreements.

Tommy Clevenger
Nabeel Ajaz
Jayana Patel
MPAK LLC
Banaya Investments LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-1699 |
| | ) | |
| Chirag M. Patel., | ) | Chapter: 7 |
| | ) | |
| Debtor(s). | ) | Judge: Janet S. Baer |
| | ) | (Geneva) |

**NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I)APPROVING THE SALE OF THE TRUSTEE'S RIGHTS, TITLE AND INTEREST IN OASIS BY 59, LLC,  (II) APPROVING BID PROCEURES, (III) SETTING EXPEDITED DATES FOR SALE AND APPROVAL OF SALE HEARING AND (IV) SHORTENING NOTICE**

Thomas E. Springer, Trustee for the Chapter 7 Estate of Chirag M. Patel. (the "Trustee") requests entry of an Order, pursuant to 11 U.S.C. §§363, 541 and 704 and Fed. R. Bankr. P. 6004, 6006 and 9006, approving the sale of the Trustee's rights, title and interest in Oasis by 59, LLC and, with respect to such sale, approving bidding procedures, setting expedited dates for an auction sale and the hearing to approve such sale, and shortening notice. In support of this Motion, Trustee states as follows:

**Background and Jurisdiction**

1. On January 21, 2020, Chirag M Patel ("Debtor") filed a Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code.

2. Thomas E. Springer was appointed as Trustee for the chapter 7 estate and continues to serve in that capacity.

3. The Bankruptcy Court has core jurisdiction to hear and resolve this Motion pursuant to 28 U.S.C. §§157(b)(2)(A), (N) and (O) and 28 U.S.C. §1334.

4. After a review of the Debtor's bankruptcy schedules and the Debtor's testimony at the meeting of creditors, the Trustee determined that the Debtor owned a 15% membership

interest in Oasis by 59, LLC (the "LLC Interest"), which operates a gas station located at 4665 Hoffman Boulevard, Hoffman Estates, Illinois. The Debtor's bankruptcy schedules listed the LLC Interest as having a value of $20,000.

5. Trustee requested and received from the Debtor, documents confirming the ownership interest in the LLC membership. Trustee and his counsel have confirmed the Debtor's ownership interest as well as estimated liquidated value-range potential through review and analysis of the LLC historical and current operational financial data contained in the LLC Profit-and-Loss statements, balance sheets and tax returns.

6. Trustee has received two offers to purchase the Trustee's Rights, Title and Interest in the LLC interest, one from the Debtor through his counsel and from an investor group, Progressive Petroleum, LLC with its principal office at 300 N Martindale Rd, Ste 750, Schaumburg, Illinois, and its agents or assigns, via the creditor and landlord of the Oasis by 59, LLC business operation site.

7. Accordingly, Trustee believes that an auction to determine the highest bidder is in the best interests of the bankruptcy estate.

## Requested Relief

8. By this Motion, the Trustee seeks authority, to conduct a sale of the Trustee's right, title and interest in the LLC Interest.

9. The sale of the Trustee's Rights, Title and Interest in the LLC membership Interest is the best option to maximize the value of the LLC Interest for the benefit of the bankruptcy estate. In order to expedite the sale process, the Trustee respectfully requests that this Court (i) establish June 19, 2020 at 1 p.m., as the date for the auction

related to the sale (the "Auction Date") and (ii) set a hearing for approval of the sale on June 26, 2020 at 11:00 A.M. (the "Sale Approval Hearing").

## **Bidding Procedures and Form of Notice**

### **Bidding Procedures**

10. The following procedures (the "Bidding Procedures") shall govern the auction process by which the Trustee will consider and accept higher or otherwise better offers for the LLC Interest.

    A.  The Trustee will conduct an auction (the "Auction") among all Qualified Bidders and will seek to sell the LLC Interest;

    B.  A bidder shall be deemed to be a Qualified Bidder if they: (a) have delivered a notice of intent to place bids at least two business days prior to the Auction Date. The Debtor and Progressive Petroleum, Inc. shall be deemed to be Qualified Bidders due to their previous offers made to the Trustee and need not take any further action to qualify to place bids.

    C.  The Trustee shall hold the Auction, telephonically, from and at the office of Springer Larsen Greene, LLC, 300 South County Farm Road, Suite G, Wheaton, IL 60187, on June 19, 2020 at 1:00 p.m. (CDT).

    D.  The opening bid will be $20,000.00, with additional bids being made in $1,000.00 increments until the highest bid is made (the "Prevailing Bid").

    E.  No credit bids will be contemplated or accepted by the Trustee.

    F.  The Bankruptcy Court will hold the Hearing on Approval of Sale June 26, 2020 at 11:00 a.m., or such other date set by the Bankruptcy Court, at which time the Trustee will seek affirmation by the Bankruptcy Court of the Auction results and

    approval of the sale of the Trustee's Rights, Title and Interest in the LLC Interest (the "Sale Approval Order"), which will approve the sale and transfer the Trustee's Rights, Title and Interest in the LLC Interest to the successful purchaser free and clear of any and all liens, claims and encumbrances.

G. In the event that the party submitting the Prevailing Bid is unable to consummate the transaction and pay the amount of the Prevailing Bid within seven days of the Auction Date, the next highest bidder shall be deemed to be the prevailing bidder and the Trustee shall seek court approval of such bid.

**Basis for Relief and Applicable Authority**

11. Pursuant to Section 363 of the Bankruptcy Code, a Bankruptcy Court may, after notice and a hearing, approve a trustee's sale of property, other than in the ordinary course of business, upon a finding that such sale is supported by "some articulated business justification." *See, e.g.*, *Fulton State Bank v. Schipper (In re Schipper)*, 933 F.2d 513, 515 (7th Cir. 1991); *In re Telesphere Communications, Inc.*, 179 B.R. 544, 552 (Bankr. N.D. Ill. 1999).

12. Once a trustee articulates a valid business justification, there "is a presumption that in making a business decision the [trustee] acted on an informed basis, in good faith and in the hones belief that the auction was in the best interests of the company." *In re S.N.A. Nut Co.*, 186 B.R. 98 (Bankr. N.D. Ill. 1995) (quoting *Smith v. Van Gorkom*, 488 A.2d 858, 872 (Del. 1985));

13. The potential sale, if approved and consummated, will provide significant value to the bankruptcy estate and the creditors of the bankruptcy estate. Accordingly, the Trustee

believes that a valid justification exists for selling his Rights, Title and Interest in the LLC membership interest at Auction.

### **Notice**

14. The Trustee requests authority to provide notice of the sale to all creditors and parties-in-interest, including notice to all other known parties with membership interests in Oasis by 59, LLC, on shortened notice requested, instead of the twenty (21) days notice that generally applies to the sale of assets under Section 363 of the Bankruptcy Code. It is anticipated that the potential pool of bidders for the LLC Interest is small and includes Progressive Petroleum, LLC., a creditor of the estate, the Debtor and the other owners of membership interests in Oasis by 59, LLC. Moreover, the sale of the LLC Interest on an expedited basis will help maximize the value to the estate as there are already two interested bidders who stand ready and willing to consummate the sale.

WHEREFORE, the Trustee respectfully requests that this Court enter and Order (i) approving the sale of the LLC Interest; (ii) approving the Bidding Procedures outlined herein; (iii) setting expedited dates for the sale and the Sale Approval Hearing, (iv) shortening notice; and granting such other and further relief as is just and proper.

Dated: June 5, 2020

Respectfully submitted,

Thomas E. Springer, Trustee

By: */s Joshua D. Greene /s/*
One of his attorneys

Thomas E. Springer
Joshua D. Greene
Springer Larsen Greene, LLC
300 South County Farm Road

Suite G
Wheaton, IL 60187
630-510-0000
jgreene@springerbrown.com